

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00648-CV

**IN THE INTEREST OF M.A., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00285
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was filed on December 4, 2019, making appellee's brief due December 27, 2019. The appellee filed a motion for extension of time requesting an extension of time to file its brief until January 13, 2020. The motion is GRANTED. Appellee's brief must be filed no later than January 13, 2020. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.



_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court